NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DAVID MITCHELL, SR.,**
*Claimant-Appellant,*

v.

**SLOAN D. GIBSON, ACTING SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2014-7074

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 13-1814, Judge Mary J. Schoelen.

---

**ON MOTION**

---

**O R D E R**

David Mitchell moves without opposition to withdraw Matthew J. Ilacqua as counsel of record and for an extension of time to file his principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. Mitchell's brief is due on or before July 23, 2014.

2                                        MITCHELL v. GIBSON

FOR THE COURT

<u>/s/ Daniel E. O'Toole</u>
Daniel E. O'Toole
Clerk of Court


s27